IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN KLINE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION<br><br>No. 08-3238 |

### ORDER

AND NOW, this 20th day of July, 2009, upon consideration of Plaintiff Brian Kline's Motion for Reconsideration of the Court's Order Granting Defendant's Motion to Compel Discovery (Doc. No. 33), and the response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

ROBERT F. KELLY
SENIOR JUDGE